## No. 17,535.

CITY AND COUNTY OF DENVER *v.* CARL J. WILSON, ET AL.

(286 P. [2d] 338)

Decided July 25, 1955.

Mr. JOHN C. BANKS, Mr. HORACE N. HAWKINS, JR., for plaintiff in error.

Mr. WAYNE D. WILLIAMS, for defendants in error.

*En Banc.*

PER CURIAM.

Judgment affirmed without written opinion.